UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts, New Hampshire, Ohio, Inc.<br><br>Plaintiff<br><br>vs.<br><br>Maureen & James McDonough<br><br>Defendant | )<br>)<br>)  **CORPORATION DISCLOSURE**<br>)  **STATEMENT**<br>)<br>)<br>)<br>)<br>) |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts, New Hampshire, Ohio, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts, New Hampshire, Ohio, Inc., is an Ohio Corporation. and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast MO of Delaware, Inc. is wholly owned by Comcast of Georgia, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts, New Hampshire, Ohio, Inc.
By Its Local Counsel,

_____
Date

_____
John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page   1