✎AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Massachusetts

Comcast of MA/NH/OH, Inc.

V.

Maureen McDonough

**SUMMONS IN A CIVIL CASE**

04    1124

CASE NUMBER:

TO: (Name and address of Defendant)

Maureen McDonough
4 Carl Road
Walpole, MA 02081

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ _days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

JUN    7 2004

DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date             Signature of Server

    _____
    Address of Server



**Norfolk County Sheriff's Department**    2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

June 22, 2004

**I hereby certify and return that on 6/17/2004 at 03:20 pm I served a true and attested copy of the summons, complaint, civil action cover sheet & discl. statement in this action in the following manner: To wit, by leaving at the last and usual place of abode of Maureen McDonough, 4 Carl Road Walpole, MA 02081 and by mailing first class mail to the above-mentioned address on 6/18/2004. Basic Service Fee ($20.00), Copies-Attestation ($10.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($11.52) Total Charges $49.02**

*Deputy Sheriff*

**Deputy Sheriff Joan Geer**