## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Maureen & James McDonough** )<br>)<br>Defendant )<br>_____ ) | **Case No.:  04 11242 REK**<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS TO ALL DEFENDANTS** |

Now comes the Plaintiff Comcast of Massachusetts/New Hampshire/Ohio, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Maureen & James McDonough (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendants.  The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts/New Hampshire/Ohio,Inc.
By Its Attorney,

7/13/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone:  (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the _____ day of _____, 2004, a copy of the foregoing Request for Default was mailed first class to:

James McDonough
4 Carl Road
Walpole, MA 02081

Maureen McDonough
4 Carl Road
Walpole, MA 02081

John M. McLaughlin, Esq.