UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts/New Hampshire/Ohio, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Maureen & James McDonough<br><br>Defendant | Case No.: 04 11242 REK<br><br>**AFFIDAVIT OF ATTORNEY FOR PLAINTIFF'S REQUEST FOR DEFAULT** |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On June 7, 2004, the Plaintiff filed a Complaint against the Defendants, **Maureen & James McDonough**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On June 17, 2004, the said Defendants were served **in hand, by Deputy Sheriff Joan Greer** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A** & **Exhibit B**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendants had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendants have failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

Page 1

6.  I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendants are in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 13 day of July, 2004.

                                      Respectfully Submitted for the Plaintiff,
                                      Comcast of Massachusetts/New Hampshire/Ohio, Inc.
                                      By Its Attorney,

                                      John M. McLaughlin
                                      MCLAUGHLIN SACKS, LLC
                                      31 Trumbull Road
                                      Northampton, MA 01060
                                      Telephone: (413) 586-0865
                                      BBO No. 556328