UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts/New Hampshire/Ohio, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Maureen & James McDonough,<br><br>Defendant | ) Case No.: 04 11242 REK<br>)<br>) **ORDER FOR NOTICE OF REQUEST**<br>) **FOR DEFAULT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon application of the Plaintiff for an order of default for failure of the Defendants to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk