UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| **Comcast of MA/NH/OH, Inc.** | ) | Case No.: 04cv11242 REK |
| | ) | |
| Plaintiff, | ) | SUBSTITUTE APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| **Maureen and James McDonough** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

To the Court and all parties of record:

　　The undersigned, Attorney John M. McLaughlin, counsel for the Plaintiff, has recently been made a Partner in the firm of Green, Miles, Lipton & Fitz-Gibbon. Accordingly, please enter my appearance as counsel for the Plaintiff with my new contact information in this action. This appearance is in lieu of and in substitution of my contact information now on the docket.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted for Comcast
　　　　　　　　　　　　　　　　　　　By Its Attorney,

9/10/04
_____　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　John M. McLaughlin
　　　　　　　　　　　　　　　　　　　Green, Miles, Lipton & Fitz-Gibbon
　　　　　　　　　　　　　　　　　　　P.O. Box 210
　　　　　　　　　　　　　　　　　　　77 Pleasant Street
　　　　　　　　　　　　　　　　　　　Northampton, MA 01061-0210
　　　　　　　　　　　　　　　　　　　Phone 413-586-8218
　　　　　　　　　　　　　　　　　　　Direct line 413-586-0865
　　　　　　　　　　　　　　　　　　　Fax 413-584-6278

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ____ day of ____, 2004, a copy of the foregoing was sent via first class mail to:

Maureen and James McDonough
4 Carl Road
Walpole, MA 02081

_____
John M. McLaughlin, Esq.