UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of MA/NH/Ohio, Inc.** | CIVIL ACTION |
| Plaintiff | |
| | NO. **04-11242-REK** |
| V. | |
| **Maureen and James McDonough** | |
| Defendant | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Comcast of Massachusttes/NH/Ohio, Inc.**

for an order of Default for failure of the Defendants, **Maureen and James**

**McDonough**, to plead or otherwise defend as provided by

Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the

Defendant has been defaulted this **13th** day of **January**, 20 **05**.

TONY ANASTAS, CLERK

By:   **/s/ Karen Folan**
      Deputy Clerk

Notice mailed to:
Maureen and James McDonough
4 Carl Road
Walpole, MA 02081