**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.** ) | **Case No.: 04 11242 REK** |
| ) | |
| Plaintiff,  ) | **AFFIDAVIT OF ATTORNEY IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR DEFAULT JUDGMENT** |
| vs.  ) | |
| ) | |
| **Maureen & James McDonough**  ) | |
| ) | |
| Defendant  ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. My office records indicate that we have been contacted by an attorney for the Defendants in this case.

2. I have recently called the attorney to present my clients current settlement stance in this matter but I not been able to talk with the attorney regarding this proposal.

3. With additional time I may be able to negotiate an amicable resolution to this matter.

4. An additional 30 days should be more than sufficient to determine if an amicable resolution as possible

5. In light of these circumstances, I am seeking a 30 day extension before I am obligated to move for Default Judgment against these Defendants.

Subscribed and sworn to, under the pains and penalties of perjury.

                                              Respectfully Submitted for the Plaintiff,
                                              Comcast of ME/NH, INC.
                                              By Its Attorney,

| | |
|---|---|
| 2/15/05 | \_\_/s/ John M. McLaughlin_____ |
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green Miles Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | (413) 586-0865 |