UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS/NEW HAMPSHIRE/OHIO, INC., <br>     Plaintiff <br><br> v. <br><br> MAUREEN McDONOUGH and JAMES McDONOUGH, <br>     Defendants | CIVIL ACTION <br> NO. 04-11242-REK |

**Procedural Order**
August 30, 2005

      In a Procedural Order issued on June 7, 2005, I ordered the plaintiff to "take necessary and appropriate action on the default in accordance with my Standing Order of January 13, 2005, within 30 days from the issuance of this Order, that is, until July 7, 2005." The plaintiff has not taken action to comply with this Order. Therefore, I order the plaintiff to show good cause why this case should not be dismissed for want of prosecution. If no such response is filed by September 30, 2005, I will dismiss this case for want of prosecution.

                                              /s/Robert E. Keeton
                                                Robert E. Keeton
                                         Senior United States District Judge