**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts/New Hampshire/Ohio, Inc.**   )   )   ) | Case No.: 1:04-cv-11242-REK |
| Plaintiff,   )   ) | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs.   )   ) | |
| **Maureen and James McDonough**   )   ) | |
| Defendant | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint with prejudice and without cost to either party.

        Respectfully Submitted for the Plaintiff,
        Comcast of Massachusetts/New Hampshire/
        Ohio, Inc.
        By Its Attorney,

3/30/2006          /s/ John M. McLaughlin
Date          John M. McLaughlin
         **Green, Miles, Lipton & Fitz-Gibbon LLP**
         77 Pleasant Street
         P.O. Box 210
         Northampton, MA 01061
         Telephone:  (413) 586-0865
         BBO No. 556328

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 30th day of March, 2006, a copy of the foregoing was mailed first class to:

Michael Andrews, Esq.
21 Custom House Street
Boston, MA 02110

                                                /s/ John M. McLaughlin
                                                John M. McLaughlin, Esq.